THE PEOPLE OF THE STATE OF NEW YORK ex rel. COHOES
　RAILWAY COMPANY, Appellant, *v.* THE PUBLIC SERVICE
　COMMISSION OF THE STATE OF NEW YORK, SECOND
　DISTRICT, et al., Respondents.

*People ex rel. Cohoes Ry. Co.* v. *Public Service Commission,* 143
App. Div. 769, affirmed.
　(Argued April 24, 1911; decided May 9, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 10, 1911, which confirmed a determination of the
defendant commission directing the relator to charge a
five-cent fare, instead of six cents, on its cars running
between the cities of Albany and Rensselaer, in compli-
ance with chapter 358 of the Laws of 1905.

*Lewis E. Carr* and *Patrick C. Dugan* for appellant.

*Ledyard P. Hale* and *Thomas F. McDermott* for
respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.